UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMAR VANDERWOOD,<br><br>Petitioner,<br><br>v.<br><br>MONA D. HUSTON, Acting Warden,<br><br>Respondent. | Case No. 5:20-cv-02064-KK (PD)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has also reviewed the objections filed by Petitioner on January 26, 2024. (Docket No. 48). The Court then engaged in *de novo* review of those portions of the Report to which Petitioner has objected.

1  The Court accepts the findings and recommendation of the Magistrate
2  Judge, which carefully analyzed each of Petitioner's claims and rejected them.
3  (Report & Recommendation at 7-56).
4  IT IS THEREFORE ORDERED that Judgment be entered (1) denying
5  the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with
6  prejudice.

DATED: February 20, 2024

*/s/ Kenly Kiya Kato*

HONORABLE KENLY KIYA KATO
United States District Judge

2