JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMAR VANDERWOOD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MONA D. HUSTON, Acting Warden,<br><br>　　　　　Respondent. | Case No. 5:20-cv-02064-KK (PD)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: February 20, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge